

## LAW OFFICES OF
## RILEY & RILEY

| EXECUTIVE COURT | (609) 914-0300 | BY APPOINTMENT |
| --- | --- | --- |
| 2 Eves Drive, Suite 109 | (609) 914-0323 FAX | 1616 Pacific Avenue, Suite 305 |
| Marlton, NJ  08053 | | Atlantic City, NJ  08401 |
| **Mailing Address** | | |
| | Michael E. Riley | |
| | <u>Tracy L. Riley</u> | |
| | John P. Montemurro, Of Counsel | WORKERS' COMPENSATION |
| | | 3 Eves Drive, Suite 305 |
| | | Marlton, NJ  08053 |

May 25, 2022

***Via eCourts***
Honorable Douglas E. Arpert, U.S.M.J.
United States District Court
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 E. State Street
Trenton, New Jersey 08608

   **RE:** **<u>Marie Elena Pine v. County of Ocean, et al.</u>**
      **Civil Action No. 3:22-cv-02760**

Dear Judge Arpert:

  As the Court is aware, I represent Marie Elena Pine with reference to the above-captioned matter.

  On Friday, May 20, 2022, an Amended Complaint was electronically filed with the Court.  This correspondence is a request for a Summons to be issued for all Defendants, so the Amended Complaint can be served upon the parties.

  Thank you for the Court's time and attention.

           Respectfully submitted,

         **LAW OFFICES OF RILEY & RILEY**

           ***/s/Tracy L. Riley***
           Tracy L. Riley


Cc: Marie Pine