

## LAW OFFICES OF
## RILEY & RILEY

| | | |
|---|---|---|
| EXECUTIVE COURT | (609) 914-0300 | BY APPOINTMENT |
| 2 Eves Drive, Suite 109 | (609) 914-0323 FAX | 1616 Pacific Avenue, Suite 305 |
| Marlton, NJ  08053 | | Atlantic City, NJ  08401 |
| **Mailing Address** | | |

Michael E. Riley
Tracy L. Riley
John P. Montemurro, Of Counsel

WORKERS' COMPENSATION
3 Eves Drive, Suite 305
Marlton, NJ  08053

July 25, 2022

*Via electronic filing*
Honorable Freda L. Wolfson, Chief Judge
Clarkson F. Fisher, Federal Bldg. & U.S. Courthouse
400 E. State Street,
Trenton, New Jersey 08608

    **RE:** **Marie Pine v. County of Ocean, et al.**
       **Docket No. 3:22-cv-02760**

Dear Judge Wolfson:

  As the Court is aware, I represent Plaintiff, Marie Pine with reference to the above-captioned matter.

  I am respectfully requesting a one motion date extension for the pending Motion to Dismiss on August 15, 2022.  The Court's next scheduled motion date would be September 6, 2022, with Plaintiff's opposition due August 23, 2022 and Defendant's reply due August 30, 2022.

  Kindly note that the original noticed motion day has not previously been extended or adjourned.  I am electronically filing this request with the Clerk and serving all parties, invoking the provisions of this rule before the date on which opposition papers would otherwise be due under L.Civ.R. 7.1(d)(2).

Thank you in advance for the Court's time and attention.

Very truly yours,

**LAW OFFICES OF RILEY & RILEY**

<u>*/s/Tracy L. Riley*</u>
Tracy L. Riley

TLR/pg

cc: Albert H. Wunsch, III, Esquire *(via electronic filing)*
Mary Jane Lidaka, Esquire *(via electronic filing)*
Marie Pine